IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

       Petitioner,                    No. CIV S-09-1161 MCE EFB P

   vs.

R.J. SUBIA,

       Respondent.              ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He requests an extension of time to file and serve an opposition to respondent's October 20, 2009 motion to dismiss so that the court may consider his concurrently filed request for counsel. *See* Fed. R. Civ. P. 6(b). There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. Notwithstanding petitioner's claimed learning disability, the court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

////

////

Accordingly, it hereby is ORDERED that petitioner's November 10, 2009 request for appointment of counsel is DENIED without prejudice. However, it is further ORDERED that plaintiff's November 10, 2009 request for an extension of time is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to the motion to dismiss.

DATED: November 18, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE